# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 19-3006**                              **September Term, 2019**

**1:02-cr-00294-BAH-1**

**Filed On: April 20, 2020**

United States of America,

       Appellee

    v.

Paul Edward Hammond,

       Appellant

       **BEFORE:**     Griffith, Pillard, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion to remand case, it is

**ORDERED** that the record be remanded to the district court to enable it to enter an order granting defendant's emergency motion for compassionate release, in accordance with the indicative ruling entered by the district court on April 16, 2020. See Fed. R. App. P. 12.1; D.C. Circuit Rule 41(b). It is

**FURTHER ORDERED**, on the court's own motion, that this case continue to be held in abeyance pending further order of the court. This court retains jurisdiction over the case, and appellant must promptly notify the Clerk when the district court has decided the emergency motion for compassionate release on remand. See Fed. R. App. P. 12.1(b). The parties are directed to file motions to govern future proceedings in this court within 30 days of appellant's notification.

The Clerk is directed to transmit a copy of this order to the district court.

### Per Curiam

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

             BY:              /s/
                                    Manuel J. Castro
                                    Deputy Clerk