UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL EDWARD HAMMOND,<br><br>Defendant. | Criminal Action No. 02-294 (BAH)<br><br>Chief Judge Beryl A. Howell |

### ORDER

Before the Court is the defendant's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A), ECF No. 44, over which this Court has jurisdiction owing to the D.C. Circuit's remand of this case, Order of United States Court of Appeals for the D.C. Circuit, ECF No. 53. For the reasons set forth in this Court's Memorandum Opinion and Indicative Ruling, ECF No. 51, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the Defendant's previously imposed terms of imprisonment of 115 months of imprisonment on Count 1 and 240 months of imprisonment on Count 3 are reduced to sentences of time served; and it is further

**ORDERED** that the Defendant abide by all supervised release conditions imposed in the original judgment.

Date: April 20, 2020

_____
BERYL A. HOWELL
Chief Judge

1