# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.      ) | No. 02-cr-00294 (BAH) |
| ) | |
| **PAUL HAMMOND,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## EMERGENCY REQUEST FOR AMENDED JUDGMENT & ORDER FOR IMMEDIATE RELEASE FROM CUSTODY

Mr. Paul Hammond, through undersigned counsel, respectfully files this emergency request that the Court enter an amended judgment forthwith and order the BOP to immediately release Mr. Hammond from Rivers CI. In support thereof, counsel states:

1. This Court entered an order granting compassionate release on April 20, 2020. ECF No. 54.

2. This should have been sufficient. However, the BOP has been inconsistent as to the requirement that an amended judgment be entered. BOP does not require an amended judgment in every case, *see, e.g., United States v. Hopps*, 1:19-cr-00197-BAH (this Court entered an order on April 19, 2020; Mr. Hopps was released the night of April 20, 2020; and no amended judgment was necessary), although it informed one judge in this district that it would not act without one, *see, e.g.*, *United States v. Ghorbani*, No. 1:18-cr-00255-PLF (in which Judge Friedman was informed by BOP that an amended judgment was required for Mr. Ghorbani to be released).

1

3. The BOP has not yet acted on this Court's order in Mr. Hammond's case. Should the delay be because BOP believes it needs an amended judgment in this case, Mr. Hammond requests that this Court enter one immediately.

5. The emergency nature of the request is because health officials in North Carolina (but not, it should be noted, officials at either Rivers CI or the BOP) confirmed on Sunday, April 19, 2020 that 4 individuals at Rivers CI have tested positive for COVID-19. *See* Dan Kane, *A second federal prison in NC has coronavirus cases, and U.S. officials aren't tracking it*, News & Observer (Apr. 19, 2020), https://www.newsobserver.com/news/local/article242125516.html. In a stunning admission, the BOP revealed that "the bureau's case tracking does not include the privately run prisons," which have the capacity for "nearly 17,600 inmates." *Id.*

WHEREFORE, Mr. Hammond respectfully requests that this Court enter an amended judgment forthwith and that it direct the BOP to process Mr. Hammond's release from Rivers CI immediately.

    Respectfully submitted,

    A.J. KRAMER
    FEDERAL PUBLIC DEFENDER

    _____/s/_____
    JOANNA MUNSON PERALES
    Research & Writing Specialist
    625 Indiana Ave. NW, Ste. 550
    Washington, D.C. 20004
    (202) 208-7500